FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 15 2021
LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:**<br>Securities and Exchange Commission<br>New York Regional Office<br>200 Vesey Street, Room 400<br>New York, NY 10281-1022 | **DEFENDANT:**<br>Steven Seagal<br>c/o Alan Tivoli<br>500 S Sepulveda Blvd #303<br>Los Angeles, CA 90049<br>c/o ativoli@otpmgt.com |
|---|---|
| **IN THE MATTER OF:** | |
| **CAUSE OF ACTION:**<br>Order to Show Cause to convert a Commission Order to a Judgment. | |
| **RELIEF SOUGHT:**<br>The Commission seeks a Judgment pursuant to Section 20(c) of the Securities Act of 1933. | |
| **ATTORNEY FOR PLAINTIFF:**<br>Richard R. Best<br>United States Securities and Exchange Commission<br>New York Regional Office<br>200 Vesey Street, Room 400<br>New York, NY 10281-1022 | **ATTORNEY FOR DEFENDANT:**<br>Pro se. |

I am currently a member in good standing of the bar of this Court:  ☑ YES  ☐ NO

Signature of Attorney of Record: **RICHARD BEST** Digitally signed by RICHARD BEST
Date: 2021.06.14 08:47:57 -04'00'  Date:_____