UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                 Plaintiff,

       v.                          **ORDER**
                                     21-MC-1797 (WFK)
STEVEN SEAGAL,

                 Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

       The Court has reviewed Plaintiff's motion submitted on August 17, 2021. ECF No. 9. The hearing currently scheduled for Friday, August 27, 2021 at 12:00 Noon will proceed in person in Courtroom 6H North at the U.S. District Courthouse located at 225 Cadman Plaza E, Brooklyn, New York, 11201.

                                                                      **SO ORDERED.**

                                                                  **s/ WFK**
                                                             _____
                                                             HON. WILLIAM F. KUNTZ, II
                                                             U.S. DISTRICT JUDGE

Dated: August 17, 2021
       Brooklyn, New York