

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

June 9, 2022

**By ECF**
Hon. William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Securities and Exchange Commission v. Seagal,* 1:21-mc-01797-WFK

Dear Judge Kuntz:

I represent the Securities and Exchange Commission ("Commission") in *SEC v. Seagal*. I write to respectfully request a new method of alternative service for documents filed by the SEC going forward. In addition, the SEC respectfully requests that the Court enter the writs of garnishments at DEs 13-17.

As background, the Court previously granted the SEC permission to serve Defendant Steven Seagal ("Seagal") by serving Alan Tivoli ("Tivoli"). Since then, Seagal emailed me from the email address: office.seagal@gmail.com. Exhibit 1. As this U.S. email address suggests that Seagal has access to a U.S. email address and is well aware of this matter, the SEC respectfully requests that the Court so order this letter motion so that the SEC can serve Seagal by emailing office.seagal@gmail.com with all papers going forward.

Respectfully submitted,
s/*Maureen Peyton King*

Exhibit 1

| From: | Office Seagal |
|---|---|
| To: | King, Maureen P. |
| Subject: | Subpoena |
| Date: | Saturday, November 6, 2021 2:07:41 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mrs. King,

I am writing to you to let you know that Alan Tivoli was my business manager prior to my relocation to Russia. Our relationship has drastically changed ever since I've been unemployed for several years and had little income. I myself have become aware of the subpoena only recently, and Alan claims that he sent it to the attorney that I used in the past. Alan and I are trying to settle our affairs at the moment, and, since I haven't been able to find a lawyer for this case in such a short notice, I asked Alan to help me.

Unfortunately, Alan needs to have more time to proceed with the answers, and I humbly ask you if I can get a 30-day extension. I am very sorry that I am coming to you at the last minute, but I would be very grateful if you could grant me this extension.

Respectfully,
Steven Seagal